# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

__Jerry Tidwell__
*Defendant*

Case Number: 13mj3193 MB

Upon motion of the __USA__, it is ORDERED that a preliminary and detention hearing is set for __Monday, Apr. 29, 2013__ * at __1:30 pm__
　　　　　　　　　　　　　　　　*Date*　　　　　　　　　　　　　　　*Time*

before __UNITED STATES MAGISTRATE JOE B. BROWN__
　　　　　　　　　　*Name of Judicial Officer*

__Courtroom 783, U.S. COURTHOUSE, 801 BROADWAY, NASHVILLE, TN__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
*Other Custodial Official*

Date: __4-24-13__

　　　　　　　　　　　　　　　　　　　　　　　　*Joe B. Brown*
　　　　　　　　　　　　　　　　　　　　　　　　*Judicial Officer*